**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:15-cr-00018-MR-WCM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOSE LUIS SORTO GOMEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition [Doc. 29].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 29] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 27] is hereby **DISMISSED.**

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, the United States Probation Office, and the United States Marshals Service.

Signed: November 8, 2019

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge